**MEMO ENDORSED**

**GOLDBERG & FLIEGEL LLP**
ATTORNEYS AT LAW
488 MADISON AVENUE, SUITE 1120
NEW YORK, NEW YORK 10022
www.goldbergfliegel.com
www.employmentlaw.nyc

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/11/22__

KENNETH A. GOLDBERG                                                    TELEPHONE: (212) 983-1077
MICHELE L. FLIEGEL                                                     FACSIMILE: (212) 973-9577

April 11, 2022

Hon. Valerie E. Caproni
United States District Judge
United States District Court
Southern District New York
40 Foley Square, Room 240
New York, New York 10007

      Re:    Lenore D'Anzieri v. Harrison Global LLC d/b/a DavEl | BostonCoach et al.,
             No. 21 Civ. 8506 (VEC)

Dear Judge Caproni:

      We represent the Plaintiff in the above-referenced matter. We respectfully submit this letter on behalf of the parties regarding the dates for an initial pretrial conference (April 22, 2022) and filing of a joint letter and proposed Case Management Plan (April 14, 2022). (Dkt. #23).

      As Your Honor is aware, Defendants have filed a motion to dismiss. Plaintiff's time to amend the Complaint in response to Defendants' motion has been extended to May 9, 2022 and if Plaintiff elects not to amend the Complaint in response to Defendants' motion, opposition and reply papers on the motion are due by May 9 and 30, 2022, respectively. (Dkt. #25).

      Based on the above, the parties jointly request that the due date for submission of a proposed Civil Case Management Plan And Scheduling Order (and related joint letter) be extended from April 14, 2022 to May 16, 2022. The parties similarly request that the initial pretrial conference be adjourned from April 22, 2022 to a date after May 23, 2022. This is the parties' second request for an extension of time as to the above dates.

      Thank you for Your Honor's attention to this matter.

                                                Respectfully submitted,
                                                /s/ Kenneth A. Goldberg
                                                Kenneth A. Goldberg

Application GRANTED. The Initial Pre-Trial Conference currently scheduled for April 22, 2022, at 2:00 p.m. is hereby ADJOURNED until **May 27, 2022, at 10:00 a.m**. The deadline for pre-conference submissions is hereby ADJOURNED until **May 19, 2022**.

SO ORDERED.

*[signature]* 4/11/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE