```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
LENORE D'ANZIERI,                                              :
                                                               :
                              Plaintiff,                       :
               -against-                                       :
                                                               :          21-CV-8506 (VEC)
                                                               :
HARRISON GLOBAL LLC d/b/a DAVEL                                :                ORDER
BOSTON COACH AND STEVEN PITEL,                                 :
                                                               :
                                                               :
                              Defendants.                      :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/22

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 9, 2022, Plaintiff filed an Amended Complaint, *see* Dkt. 29;

IT IS HEREBY ORDERED that Defendants' motion to dismiss the Complaint, *see* Not. of Mot., Dkt. 18, is denied as moot.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to close the open motion at Docket 18.

**SO ORDERED.**

Date: **May 10, 2022**
      **New York, New York**

**VALERIE CAPRONI
United States District Judge**