

**MEMO ENDORSED**

Joanne J. Romero | Partner
Direct 646.292.8713 | jromero@goldbergsegalla.com

July 1, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/22

<u>VIA ECF</u>
Hon. Valerie E. Caproni
United States District Judge
United States District Court
Southern District New York
40 Foley Square, Room 240
New York, New York 10007

Re: **Lenore D'Anzieri v. Harrison Global LLC d/b/a DavEl | Boston Coach et al.
United States District Court for the Southern District of New York
Docket No.: 21 Civ. 8506 (VEC)**

Dear Judge Caproni:

We represent the Defendant in the above-referenced matter. We respectfully submit this letter jointly with Plaintiff's counsel, in accordance with Your Honor's endorsement at Docket 44, to inform the Court that the parties agree to a stay of discovery. Accordingly, the parties respectfully re-submit their request for an adjournment of the Initial Pretrial Conference sine die.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

**GOLDBERG SEGALLA LLP**

/s/ *Joanne J. Romero*
Joanne J. Romero

cc: All counsel of record via ECF

---

Application GRANTED. Discovery is hereby STAYED Pending the Court's resolution of Defendant's motion to dismiss. The Initial Pre-Trial Conference currently scheduled for July 8, 2022, at 10:00 a.m. is hereby ADJOURNED *sine die*.

SO ORDERED.

*[signature]* 7/1/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

**Office Location:** 711 3rd Avenue, Suite 1900, New York, NY 10017-4013 | 646-292-8700 | Fax: 646-292-8701 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA | UNITED KINGDOM
33834115.v1