

MEMO ENDORSED

Cali L. Chandiramani | Partner
Direct 646.292.8788 | cchandiramani@goldbergsegalla.com

July 26, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/26/2023
```

<u>**VIA ECF**</u>

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

   **Re:**   <u>***Lenore D'Anzieri v. Harrison Global LLC et al.***</u>
      <u>**Docket No.:  1:21-cv-08506-VEC**</u>

Dear Honorable Judge Caproni:

  Our office represents the defendants in this matter.

  The undersigned writes to request an adjournment of the status conference currently scheduled for next Friday, August 4, 2023, as the undersigned will be out of the office on that date. Plaintiff's counsel consents to this adjournment request. The parties are available on either August 24 or August 28 to reschedule the status conference, if either of those dates works for the Court. The parties are also amenable to conducting the conference virtually (either via video or telephone) if that is acceptable to the Court.

  Further, we note that the parties previously requested a referral to a magistrate judge for a settlement conference in this matter. Your Honor granted the request on April 26, 2023, and referred this case to Magistrate Judge Figueredo. *See* Dkt. #64. However, to date, nothing has been scheduled. The parties respectfully request that a date be established for the settlement conference and additionally request that such settlement conference be conducted virtually.

  Finally, the parties also believe that it may be more productive to schedule the next status conference for a date after a settlement conference before the Magistrate Judge.

  We thank the Court in advance for its consideration.

            Respectfully submitted,

            *Cali L. Chandiramani*
            Cali L. Chandiramani

cc:  All Counsel of Record (via ECF)

---

**Office Location:** 711 Third Avenue, Suite 900, New York, NY 10017 | 646-292-8788 | Fax: 646-292-8701 | **www.goldbergsegalla.com**

Application GRANTED in part. The pretrial conference scheduled for Friday, August 4, 2023 at 10:00 A.M. is hereby adjourned *sine die* pending the conclusion of the parties' settlement discussions. Not later than **one week** after settlement discussions conclude, the parties must submit a status update to the Court.

The parties should direct their request to schedule a settlement conference, including proposed dates for a conference, to Judge Figueredo in compliance with her local rules of practice.

SO ORDERED.

07/26/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE