USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
LENORE D'ANZIERI,　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　Plaintiff,　　　　　:
　　　　　　　-against-　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　:　　21-CV-8506 (VEC)
　　　　　　　　　　　　　　　　　　　　　　　　　:
HARRISON GLOBAL LLC d/b/a DAVEL　　　　　　　　　:　　ORDER
BOSTON COACH AND STEVEN PITEL,　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　Defendants.　　　　 :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court referred the case to Magistrate Judge Figueredo for settlement, *see* Referral Order, Dkt. 64, and ordered the parties to provide a status update not later than one week after settlement discussions concluded, *see* Order, Dkt. 66;

WHEREAS the parties attended a settlement conference with Judge Figueredo on November 1, 2023, but were unsuccessful in reaching a settlement; and

WHEREAS the Court has not received a status update.

IT IS HEREBY ORDERED that by no later than **Thursday, January 4, 2024**, the parties must file a joint letter providing a status update on settlement negotiations. The parties must also include a statement of whether any party anticipates filing a motion for summary judgment or a motion to exclude expert testimony; a statement of the anticipated length of trial and whether the case is to be tried to a jury; and any other information that the parties believe may assist the Court in advancing the case to settlement or trial.

IT IS FURTHER ORDERED that the next pretrial conference is scheduled for **Friday, January 12, 2024, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  December 22, 2023
       New York, New York

                                        **VALERIE CAPRONI**
                                        **United States District Judge**