```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2024
```

# GOLDBERG & FLIEGEL LLP

ATTORNEYS AT LAW
488 MADISON AVENUE, SUITE 1120
NEW YORK, NEW YORK 10022
www.goldbergfliegel.com
www.employmentlaw.nyc

KENNETH A. GOLDBERG  
MICHELE L. FLIEGEL

TELEPHONE: (212) 983-1077  
FACSIMILE: (212) 973-9577

June 17, 2024

Hon. Valerie E. Caproni  
United States District Judge  
United States District Court  
Southern District New York  
40 Foley Square, Room 240  
New York, New York 10007



Re: **Lenore D'Anzieri v. Harrison Global LLC d/b/a DavEl | BostonCoach et al., No. 21 Civ. 8506 (VEC)**

Dear Judge Caproni:

We represent the Plaintiff in the above-referenced matter. We have received the Court's Order of June 14, 2024 providing that the pretrial conference (previously scheduled for June 21, 2024) will proceed on June 28, 2024. (Dkt. #79). We are not available for a conference on June 28, 2024 and respectfully request that the conference be adjourned to a later date. I have conferred with Defendants' counsel and the parties are available on July 8, 2024 if that is convenient for the Court. Thank you for Your Honor's attention to this matter.

Respectfully submitted  
/s/ Kenneth A. Goldberg  
Kenneth A. Goldberg

---

Application GRANTED. The pretrial conference scheduled for Friday, June 28, 2024, at 10:00 A.M. is ADJOURNED to **Friday, July 12, 2024, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

*/s/ Valerie Caproni*       6/24/2024

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE