USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
LENORE D'ANZIERI,

                         Plaintiff,

      -against-

                                 21-CV-8506 (VEC)

HARRISON GLOBAL LLC d/b/a DAVEL     ORDER
BOSTON COACH AND STEVEN PITEL,

                       Defendants.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 12, 2024, the parties appeared for a pretrial conference;

IT IS HEREBY ORDERED that the parties are ordered to meet and confer in person or by telephone or videoconference to resolve the remaining request for information and metadata about certain documents. The Court expects the parties to work together professionally and collegially to resolve this dispute.

IT IS FURTHER ORDERED that defendants' deadline to move for summary judgment is **Friday, September 6, 2024**. Plaintiff's response is due by no later than **Friday, October 4, 2024**. Defendants' reply is due by no later than **Wednesday, October 18, 2024**.

**SO ORDERED.**

**Date: July 12, 2024**
      **New York, New York**

                                                     **VALERIE CAPRONI**
                                                     **United States District Judge**