

Joanne J. Romero | Partner
Direct 646.292.8713 | jromero@goldbergsegalla.com

November 7, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/7/2024__



**VIA ECF**
Hon. Valerie E. Caproni
United States District Judge
United States District Court
Southern District New York
40 Foley Square, Room 240
New York, New York 10007

**Re:    D'Anzieri v. Harrison Global LLC d/b/a DavEl | BostonCoach et al.**
**United States District Court for the Southern District of New York**
**No.: 21 Civ. 8506 (VEC)**

Dear Judge Caproni:

    We write on behalf of Defendants Harrison Global LLC (the "Company") and Steve Pitel pursuant to the Court's November 7, 2024 order (ECF Dkt. 102) directing Defendants to inform the Court whether the letter at Dkt. 101 and the Order may be unsealed.  Defendants have no objection to unsealing the Order at Dkt. 102 or the letter at Dkt. 101.  In an abundance of caution, Defendants note that the attachments filed with the letter at Dkt. 101 should remain under seal.

                Respectfully submitted,

                **GOLDBERG SEGALLA LLP**

                /s/ Joanne J. Romero
                Joanne J. Romero

JJR:

Cc:  Kenneth Goldberg, Esq. Via ECF

711 3rd Avenue, Suite 1900, New York, NY 10017-4013  |  646-292-8700  |  646-292-8701  |  www.goldbergsegalla.com
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA

Application GRANTED.  The Clerk of Court is directed to unseal the Letter at Dkt. 101, and the Court's Order at Dkt. 102.  The attachments to Dkt. 101 should remain sealed.

SO ORDERED.

11/7/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE