USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
LENORE D'ANZIERI,   :
    :
                Plaintiff,   :
-against-   :
    :   21-CV-8506 (VEC)
    :
HARRISON GLOBAL LLC d/b/a DAVEL   :   ORDER
BOSTON COACH AND STEVEN PITEL,   :
    :
    :
                Defendants.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 7, 2025, Defendants filed their reply papers in support of their motion for summary judgment, *see* Dkts. 130–35;

WHEREAS Defendants filed the parties' Consolidated Rule 56.1 Statement under seal, *see* Dkt. 135;

WHEREAS Rule 5 of the Undersigned's Individual Practices in Civil Cases requires that any party wishing to file any document under seal file a letter motion seeking permission to do so and explaining why sealing is appropriate in light of the presumption of access discussed by the Second Circuit in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006);

WHEREAS Defendants did not seek leave to file the Consolidated Rule 56.1 Statement under seal;

WHEREAS at every stage of the parties' briefing of Defendants' motion for summary judgment, the parties required repeated handholding from the Court to comply with Rule 5, *see* Dkts. 98, 102, 106, 123, 125; and

WHEREAS the previous iterations of the Rule 56.1 Statement were not filed under seal, *see* Dkts. 97-8, 115;

IT IS HEREBY ORDERED that by **Wednesday, March 12, 2025**, Defendants must show cause why the Consolidated Rule 56.1 Statement should not be unsealed, including by proposing redactions to the Consolidated Rule 56.1 Statement.

**SO ORDERED.**

**Date: March 10, 2025**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**