USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
LENORE D'ANZIERI,                                              :
                                                               :
                                 Plaintiff,                    :
         -against-                                             :
                                                               :   21-CV-8506 (VEC)
                                                               :
HARRISON GLOBAL LLC d/b/a DAVEL                                :   ORDER
BOSTON COACH AND STEVEN PITEL,                                 :
                                                               :
                                                               :
                                 Defendants.                   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 7, 2025, Defendants filed their reply papers in support of their motion for summary judgment, *see* Dkts. 130–35;

WHEREAS Defendants filed the parties' Consolidated Rule 56.1 Statement under seal, *see* Dkt. 135;

WHEREAS Rule 5 of the Undersigned's Individual Practices in Civil Cases requires that any party wishing to file any document under seal file a letter motion seeking permission to do so and explaining why sealing is appropriate in light of the presumption of access discussed by the Second Circuit in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006);

WHEREAS Defendants did not seek leave to file the Consolidated Rule 56.1 Statement under seal;

WHEREAS the previous iterations of the Rule 56.1 Statement were not filed under seal, *see* Dkts. 97-8, 115;

WHEREAS on March 10, 2025, the Court ordered Defendants to show cause by March 12, 2025, why the Consolidated Rule 56.1 Statement should not be unsealed, *see* Dkt. 136; and

WHEREAS Defendants did not respond to the Court's Order to Show Cause;

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to unseal the Consolidated Rule 56.1 Statement at Dkt. 135.

**SO ORDERED.**

Date: **March 13, 2025**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**